# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

159269

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

ARMINDA DAWN BAKER, as Next Friend
of  SHAWN RYAN EICHLER, a Minor,
       Plaintiff-Appellee,

v

MODERN WASTE SYSTEMS, INC.,
       Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  159269
COA:  338606
Lenawee CC:  15-005322-NO

_____/

On order of the Court, the application for leave to appeal the December 11, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate because of her prior representation of a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk

t0926